UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSHDEEP SINGH, | No.  1:25-CV-02045-DAD-DMC |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY et. al., | |
| Respondents. | |

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's application for extension of time to submit a proposed briefing schedule. See ECF No. 8.

Petitioner requests an extension as Petitioner's counsel has yet to make contact with Petitioner, and at the time of filing, Respondents had yet to designate counsel on the docket nor respond to Petitioner's request to meet and confer. See id. Respondents filed a designation of counsel on January 22, 2026. See ECF No. 9.

/ / /

/ / /

/ / /

/ / /

1

In light of Petitioner's request for an extension, the undersigned will set the briefing schedule as follows: Respondent is directed to file an answer/return on or before February 10, 2026.  If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application. Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of Respondent's answer/return.

IT IS SO ORDERED.

Dated:  January 26, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2